

Opinions of the United
States Court of Appeals
for the Third Circuit

7-27-2007

# Shi v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 06-1952

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Shi v. Atty Gen USA" (2007). *2007 Decisions.* Paper 646.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/646

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-1952

———————

JIANZHONG SHI,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES

———————

On a Petition for Review of a Decision
of the Board of Immigration Appeals
(A95-476-611)

———————

Present:  SCIRICA, *Chief Judge*,
SLOVITER, McKEE, RENDELL, BARRY, AMBRO, FUENTES,
SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, and GREENBERG,
*Circuit Judges*

**O R D E R**

The Court, sua sponte, orders rehearing en banc in the above-captioned matter,

which will be heard at the convenience of the Court.

BY THE COURT,

/s/ Anthony J. Scirica
*Chief Judge*

DATED:  July 27, 2007
CMH/cc: JZ, PDH, JP